26-3064UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **2:26-cv-03064-CV (KSx)** | Date | March 23, 2026 |
|---|---|---|---|

Title  ***Haytham Samhan v. Jaime Rios, et al.***

Present: The Honorable    Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER RE: *EX PARTE* FOR TEMPORARY RESTRAINING ORDER [2]**

Having reviewed Petitioner's *Ex Parte* Application for Temporary Restraining Order (Doc. # 1, "Application"), IT IS ORDERED THAT:

1.    Petitioner shall serve a copy of this Order on Respondents forthwith.

2.    Respondents shall file their opposition to the Application no later than **March 25, 2026**.

3.    Petitioner shall file a reply no later than **March 26, 2026.**

4.    Unless the Court orders otherwise, Petitioner's Application will be deemed submitted without oral argument, on either (a) the day the opposition is filed, or due and not filed; or (b) the day any reply to the opposition is filed, or due and not filed. The Court may order further briefing or other proceedings, at any time, as appropriate.

Respondents shall take no action prior to the Court's ruling on the Application that impairs the ability to afford Petitioner complete relief, unless executing a final order of removal issued against Petitioner.

**IT IS SO ORDERED.**