UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:26-cv-03064-CV (KSx) | Date | March 27, 2026 |
|---|---|---|---|

Title   *Haytham Samhan v. Jaime Rios, et al.*

Present: The Honorable   Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DENYING AS MOOT EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [2]**

On March 20, 2026, Plaintiff Haytham Samhan ("Plaintiff") filed an *Ex Parte* Application for Temporary Restraining Order ("Application"). Doc. # 2. On March 25, 2026, Plaintiff filed a notice that he is withdrawing his Application. Doc. # 8. Accordingly, the Application is DENIED AS MOOT.


**IT IS SO ORDERED.**