JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HAYTHAM SAMHAN,**<br>**Petitioner,**<br>**v.**<br>**JAIME RIOS et al.,**<br>**Respondents.** | **NO. 2:26-cv-03064-KS**<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the Amended Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief are DENIED and this action is DISMISSED without prejudice as set forth in the Court's Memorandum Opinion and Order.

DATED: July 14, 2026

Karen L. Stevenson
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE